850

No. 1076. Wood *v.* Mississippi. See *ante*, p. 833.

No. 1049. Kinne et al. *v.* Starr King School for the Ministry. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. N. Mullen* for petitioners. *Messrs. O. K. Cushing, Eustace Cullinan* and *Delger Trowbridge* for respondent.

No. 1057. Mergner *v.* United States. April 30, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. John H. Burnett* and *John J. Sirica* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1061. Hinchliffe *v.* Texas Company et al. April 30, 1945. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Mr. W. Dewey Lawrence* for petitioner. *Messrs. W. F. Semple* and *J. A. Rauhut* for the Texas Company et al., and *Mr. Ireland Graves* for the Ohio Oil Co., respondents.

No. 1062. Hancock *v.* Stout. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Alfred F. Burgess* and *Thomas A. Wofford* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C.*

851

*Clark, Judge Advocate General Cramer, Messrs. Robert S. Erdahl, Leon Ulman, William A. Rounds* and *Wm. J. Hughes, Jr.* for respondent.

No. 1071. Rɪɴᴋᴏ *v.* Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1072. Fʟᴀᴋᴏᴡɪᴄᴢ *v.* Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1073. Pᴀʀsᴏɴs *v.* Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs; and
No. 1074. Jᴇɴsᴇɴ *v.* Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs. April 30, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Hayden C. Covington* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 146 F. 2d 874.

No. 1075. Mᴇᴛᴢɪɴɢᴇʀ *v.* Mᴇᴛᴢɪɴɢᴇʀ. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. John R. Rood* for petitioner. *Mr. Edward Pokorny* filed a brief, as *amicus curiae*, in opposition.